IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DEAN JOSEPH TATUM**                                       **PLAINTIFF**

**V.**                         **CASE NO. 5:15-CV-05254**

**SHERIFF TIM HELDER; and**
**DR. ROBERT SAEZ**                                    **DEFENDANTS**

### ORDER

Now pending before the Court is the Report and Recommendation (Doc. 35) filed in this case on February 1, 2017, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant Helder's Motion for Summary Judgment (Doc. 20) is **DENIED**, and Defendant Saez's Motion for Summary Judgment (Doc. 24) is also **DENIED**. This matter will be set for trial.

The Clerk of Court is directed to mail copies of this Order and the Magistrate Judge's Report and Recommendation (Doc. 35) to Plaintiff Tatum at his address of record.

**IT IS SO ORDERED** on this 22nd day of February, 2017.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

1